UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DAPHNE GLEMAUD,

Plaintiff,

-against-

VERISMA SYSTEMS, et al.,

Defendants.

----------------------------------------------------------------X

**26-CV-5226 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 16, 2026, Defendant Verisma Systems, Inc. filed a motion to dismiss. ECF No. 5. Plaintiff Glemaud is directed to file its opposition brief by **Tuesday, December 1, 2026**, and Verisma Systems shall file its reply by **Tuesday, December 8, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge